**STATE v. SANDERS**

[360 N.C. 170 (2005)]

STATE OF NORTH CAROLINA v. MICHAEL LEE SANDERS

No. 362A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 613 S.E.2d 708 (2005), reversing and remanding in part a judgment entered 9 January 2004 by Judge Mark E. Klass in Superior Court, Richmond County. Heard in the Supreme Court 12 December 2005.

*Roy Cooper, Attorney General, by Robert K. Smith, Assistant Attorney General, for the State-appellant.*

*Anne Bleyman for defendant-appellee.*

PER CURIAM.

AFFIRMED.